No. 404. ORVIS ET AL. *v.* McGRANERY, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 2d Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Donald Marks* for petitioners. *Acting Solici-*

*tor General Stern, Assistant Attorney General Kirks, James D. Hill* and *George B. Searls* for respondent. ▓